ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Young Chol Kim,

Plaintiff(s),

v.

Hakuya Sushi, Inc, et al,

Defendant(s).

Case No. 15cv3747
Judge Sheila Finnegan

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Young Chol Kim
and against defendant(s) Hakuya Sushi, Inc. and Chul Kim
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☒ tried by a jury with Judge Sheila Finnegan presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☐ decided by Judge          on a motion

Date: 7/19/2017

Thomas G. Bruton, Clerk of Court

Scott White, Deputy Clerk