# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Young Chol Kim on behalf of himself and all other Plaintiff similarly situated known and unknown, | )<br>)<br>) |
| Plaintiff, | ) Case No. 15cv03747 |
| v. | ) Judge Sheila Finnegan |
| Hakuya Sushi Inc. and Chul Kim | ) |
| Defendants | ) |

## PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT

Plaintiff respectfully moves for entry of Judgment and states as follows:

1. On April 29, 2015, Plaintiff Young Chol Kim filed this lawsuit under Fair Labor Standards Act and Illinois Minimum Wage Law for Defendants' failure to pay minimum and overtime wages to Plaintiff.

2. From July 17, 2017, through July 19, 2017, the trial was held before Honorable Judge Finnegan for this matter.

3. On July 19, 2017, Jury Verdict was entered in favor of Plaintiff and against Defendants.

4. Plaintiff's damage calculation was filed on July 25, 2017.

5. Parties are to file post-trial motions by August 2, 2017.

6. Defendants have not filed any motion as of August 14, 2017.

WHEREFORE, Plaintiff moves for entry of Judgment against Defendants in the amount of $67,454.

1

Respectfully submitted,

       /s/ Ryan J. Kim
       One of the Plaintiff's Attorneys

Ryan J. Kim, Esq.
Inseed Law, P.C.
2454 E. Dempster Street, Suite 301
Des Plaines, Illinois 60016
(847) 905-6262
(847) 770-4774 (fax)
ryan@inseedlaw.com