MEMORANDUM OF JUDGMENT

IN THE UNITED STATES DISTRICT COURT
FOR THE NOTRHTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| **YOUNG CHOL KIM** | ) ) | |
| Plaintiff, | ) | No: 15-CV-03747 |
| Vs. | ) ) | Magistrate Judge Sheila M. Finnegan |
| **HAKUYA SUSHI, INC. AND CHUL KIM** | ) ) | |
| Defendants | ) | |

**THIS DOCUMENT PREPARED BY:**

Name: Inseed Law, P.C.
Attorney for: Plaintiff
Address: 2454 E. Dempster St. Ste 301
City: Des Plaines, IL 60016
Telephone: 847-905-6262

**Judgment rendered AGAINST:**
Hakuya Sushi, Inc. and Chul Y. Kim
161 Dundee Road, Buffalo Grove, IL

**Judgment rendered: $67,455.28 plus cost of collection, accrued post judgment interest and fees.**
**In favor of:**
Young Chol Kim
C/O Inseed Law, P.C. 2454 E Dempster St. Ste 301, Des Plaines, IL 60016

**Court Case No.: 15-cv-03747**

SIGNED: August 22, 2017

_____
Judge Sheila Finnegan